DATE: October 7, 2025

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  *Nicholas Eugene Glover*
    *v. Commonwealth of Virginia*
    Record No. 0113-24-1
    Opinion rendered by Judge Malveaux on
    July 22, 2025

2.  *Robert Harrison Flint*
    *v. Commonwealth of Virginia*
    Record No. 0860-24-2
    Opinion rendered by Judge O'Brien on
    July 22, 2025

3.  *Oak Valley Homeowners Association, et al.*
    *v. Prince William County Board of Supervisors*
    Record No. 1144-24-4
    Opinion rendered by Judge Raphael on
    July 22, 2025

4.  *Avontae Maurice Smith*
    *v. Commonwealth of Virginia*
    Record No. 0949-24-2
    Opinion rendered by Judge Friedman on
    July 29, 2025

5.  *Trier Ladante Smith*
    *v. Commonwealth of Virginia*
    Record No. 1999-24-1
    Opinion rendered by Judge Malveaux on
    July 29, 2025

6.  *Frank Devon Harris*
    *v. Commonwealth of Virginia*
    Record No. 2221-23-4
    Opinion rendered by Judge Lorish on
    August 5, 2025

7.  *Frank Devon Harris*
    *v. Commonwealth of Virginia*
    Record No. 0054-24-4
    Opinion rendered by Judge Lorish on
    August 5, 2025

8. *AV Automotive, L.L.C., et al*
   *v. Donald B. Bavely, et al.*
   Record No. 2168-23-4
   Opinion rendered by Judge Raphael on
    August 12, 2025

9. *Ann Reynolds Lee*
   *v. William Manson, M.D., et al.*
   Record No. 0306-24-2
   Opinion rendered by Judge Friedman on
    August 12, 2025

10. *Ray Allen Atkins*
   *v. Commonwealth of Virginia*
   Record No. 0684-24-4
   Opinion rendered by Judge Frucci on
    August 12, 2025

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Katie Orndoff*
   *v. Commonwealth of Virginia*
   Record No. 0973-21-4
   En banc order rendered by Chief Judge Decker
     on February 6, 2024
   Judgment of Court of Appeals reversed and final judgment entered by opinion rendered
     on September 25, 2025
   (240394)

2. *Shanta Orlando Hubbard, a/k/a Shawn Hubbard*
   *v. Commonwealth of Virginia*
   Record No. 0795-23-3
   Opinion rendered by Judge Lorish
     on March 12, 2024
   Judgment of Court of Appeals reversed and final judgment entered by opinion rendered
     on September 11, 2025
   (240310)

3. *Stafford County Board of Zoning Appeals, et al.*
   *v. John L. Grove, II, et al.*
   Record No. 2023-23-4
   Opinion rendered by Judge AtLee
     on August 27, 2024
   Refused (240815)